UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60139-CIV-UNGARO

SIDNEY DAVILSAINT,

    Plaintiff,

v.

LOWE'S HOME CENTERS, INC.,

    Defendant.

_____/

### ORDER ON DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY

THIS CAUSE is before the Court upon Defendant's Motion to Appear Telephonically at April 25, 2008 Initial Planning and Scheduling Conference and Supporting Memorandum of Law, filed on April 16, 2008 (D.E. 15).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of April, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record