UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60139-CIV-UNGARO

SIDNEY DAVILSAINT,

    Plaintiff,
v.

LOWE'S HOME CENTERS, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Motion for Approval of Proposed Settlement and Dismissal with Prejudice, filed on May 29, 2008 (D.E. 24).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that the Motion (D.E. 24) is GRANTED. The confidential Settlement Agreement faxed to Chambers is APPROVED and the case is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of May, 2008.

                                                                            URSULA UNGARO
                                                                            UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record